```
CATHERINE M. CORFEE, SBN 155064
CORFEE STONE & ASSOCIATES
5441 FAIR OAKS. BLVD, SUITE B-1
CARMICHAEL, CA 95608
TELEPHONE:    (916) 487-5441
FACSIMILE:    (916) 487-5440
```

Attorneys for Defendant, SFP-C LIMITED PARTNERSHIP,
LES SCHWAB TIRE CENTERS OF CALIFORNIA, INC.

```
SCOTT JOHNSON, SBN 166952
LAW OFFICE OF SCOTT JOHNSON
5150 FAIR OAKS BLVD., SUITE 101, PMB# 253
CARMICHAEL, CA 95608
TELEPHONE:    (916) 485-3516
FACSIMILE:    (916) 481-4224
```

Attorneys for Plaintiff, SCOTT JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>           Plaintiff,<br><br>      vs.<br><br>SFP-C LIMITED PARTNERSHIP, et al.,<br><br>           Defendants. | CASE NO. 02:06-CV-00167-WBS-DAD<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON**<br><br>**FRCP 41(a)(1)** |

TO THE COURT AND ALL PARTIES:

Plaintiff Scott Johnson ("Plaintiff") and Defendants SFP-C Limited Partnership, an Oregon Limited Partnership and Les Schwab Tire Centers of California, Inc. ("Defendants") have reached settlement of all claims brought by Plaintiff in the above entitled Action against Defendants and have executed a Release and Settlement Agreement. Pursuant to said Release and Settlement Agreement between Plaintiff and Defendants, these parties, by and through counsel of record, hereby stipulate to the dismissal of Defendants **with prejudice** of this Action in entirety, and any and all claims alleged whatsoever in this Action.

Outside of the terms of the Release and Settlement Agreement, each party is to bear its own attorneys fees and costs.

- 1 -

IT IS HEREBY STIPULATED by and between the parties to this Action that this Action, and all of Plaintiff's claims therein against Defendants SFP-C Limited Partnership, an Oregon Limited Partnership and Les Schwab Tire Centers of California, Inc. be dismissed **with prejudice** pursuant to Federal Rules of Civil Procedure section 41(a)(1).

Dated: June 23, 2006                    CORFEE STONE & ASSOCIATES

                                        By:  /s/ Catherine M. Corfee
                                            CATHERINE M. CORFEE
                                            Attorney for Defendant,

Dated: June 23, 2006                    LAW OFFICE OF SCOTT JOHNSON

                                        By:  /s/ Scott Johnson
                                            SCOTT JOHNSON
                                            Attorney for Plaintiff

**ORDER**

It is hereby ordered that Plaintiff's complaint is dismissed **with prejudice** in its entirety.

Dated: June 27, 2006

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE